962

No. 604. MURRELL ET AL. v. UNITED STATES ET AL. C. A. 5th Cir. Certiorari denied. *Sam E. Murrell, Sam E. Murrell, Jr.* and *Robert G. Murrell* for petitioners. *Solicitor General Rankin* for the United States, *William D. Jones, Jr.* for Youngblood, and *Stephen R. Magyar* for Magyar et al., respondents.

No. 607. CURTIS, TRUSTEE IN BANKRUPTCY, v. BAKER ET AL., DOING BUSINESS AS BAKER, McKENZIE & HIGH-TOWER. Supreme Court of Illinois. Certiorari denied. Petitioner *pro se. Joseph H. Hinshaw* and *Oswell G. Treadway* for respondents.

No. 608. MONTFORD ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied. *Zach h. Douglas* for petitioners. *Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 610. DELEGAL v. UNITED STATES. C. A. 5th Cir. Certiorari denied. *Ralph L. Crawford* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for the United States.

No. 611. MATTHIES v. SEYMOUR MANUFACTURING Co. ET AL. C. A. 2d Cir. Certiorari denied. *Dean Acheson* and *Stanley L. Temko* for petitioner. *James Wm. Moore, William H. Timbers, David Goldstein, Barry H. Garfinkel, John F. Spindler* and *John K. Holbrook* for respondents.